Berkley Law Office
4700 S. Mill Ave, Suite 7
Tempe, AZ 85282
Telephone: (480) 921-2993
Facsimile:   (480) 820-2929
E-mail: mjberkley@yahoo.com
Martin J. Berkley # 20107
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>TIMOTHY JAMES WOODGREARD,<br>                Debtors.<br><br>WELLS FARGO BANK, N.A.,<br>                Movant,<br>     vs.<br><br>TIMOTHY JAMES WOODGREARD, and,<br>Russell A. Brown, Trustee.<br><br>                Respondents. | No. 2:09-bk-08900-RJH<br>Chapter 13<br><br><br>**RESPONSE TO MOTION FOR RELIEF<br>FROM AUTOMATIC STAY**<br><br><br>RE: Real Property Located at<br>814 W. Buist<br>Phoenix, AZ 85041 |

Debtor, by and through counsel, responds in opposition to the Motion for Relief filed in this matter and would aver, as just grounds for denying the relief requested, as follows:

     1.   Debtor admits having possession of the property alleged, and would show to the Court at trial why continued possession of the property is necessary and appropriate.

     2.   Debtor would further show that the Movant is adequately protected, based upon the existence of insurance against casualty and loss and/or a sufficient equity cushion.

     3.   The property in question is reasonably necessary for a successful reorganization.

     4.   Movant has failed to comply with Rule 4001.1(e) of the Local Rules of Bankruptcy Procedure.

     5.   Movant is not a party in interest.

6. Counsel will attempt to negotiate a Stipulated Order Withdrawing the Motion for relief or, in the alternative, Modifying the Stay.

6. Debtor would request a hearing.

WHEREFORE, this Court should deny the relief requested.


Dated: November 16, 2009 /s/ Martin J. Berkley
Attorney for Debtor


Copy of the foregoing was sent by
facsimile to:

Russell A. Brown, Trustee
3838 N. Central Ave., Ste 800
Phoenix, AZ 85012-1965
602-277-8996
602-253-8346

Leonard McDonald
Tiffany and Bosco
2525 E. Camelback Rd, Third Floor
Phoenix, Az 85016
602-255-6000
Fax: 602-255-0192

this November 16, 2009 /s/ Martin J. Berkley